IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 05-352 |
| | ) |
| BRIAN KEITH McKENZIE, | ) |
| Defendant. | ) |

ORDER

AND NOW, this 23rd day of June, 2006, the Court having been advised that the above defendant wishes to change his plea of not guilty, entered November 21, 2005, IT IS HEREBY ORDERED that a hearing on defendant's change of plea is set for Friday, July 7, 2006 at 3 p.m. in Courtroom #3A, 3rd floor, United States Post Office and Courthouse, Pittsburgh, Pennsylvania.

IT IS FURTHER ORDERED that jury selection and trial, scheduled for July 3, 2006, is hereby cancelled.

BY THE COURT:

s/Gary L. Lancaster          ,J.
The Honorable Gary L. Lancaster,
United States District Judge

cc:  Gregory J. Nescott,
     Assistant United States Attorney

     David B. Chontos, Esquire
     561 Beulah Road
     Turtle Creek, PA 15145

     U.S. Marshal

     U.S. Pretrial Services

     U.S. Probation